**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: E.V. | : | No. 25 EAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: E.V. | : | the Order of the Superior Court |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.